IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** James, Jewel C

Printed: 5/6/08

Case Number: 07 B 12991
Judge: Hollis, Pamela S
Filed: 7/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 24, 2008
Confirmed: September 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,640.00 |  |
| Secured: |  | 1,508.76 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 988.68 |
| Trustee Fee: |  | 142.56 |
| Other Funds: |  | 0.00 |
| Totals: | 2,640.00 | 2,640.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,000.00 | 988.68 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 36,864.35 | 1,508.76 |
| 4. | Home Loan Services | Secured | 26,352.62 | 0.00 |
| 5. | Capital One | Unsecured | 100.03 | 0.00 |
| 6. | Capital One | Unsecured | 275.27 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 81.48 | 0.00 |
| 8. | Nicor Gas | Unsecured |  | No Claim Filed |
| 9. | Rnb Fields3 | Unsecured |  | No Claim Filed |
| 10. | GEMB | Unsecured |  | No Claim Filed |
| 11. | West Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 65,673.75 | $ 2,497.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 142.56 |
|  | $ 142.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  James, Jewel C | Case Number:  07 B 12991 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/6/08 | Filed:  7/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

